Glenn R. Kantor - SBN 122643
E-mail: gkantor@kantorlaw.net
Lisa S. Kantor - SBN 110678
E-mail: lkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Russell G. Petti - SBN 137160
E-Mail: Rpetti@petti-legal.com
The Law Offices of Russell G. Petti
466 Foothill Blvd., #389
La Canada, California 91011
(818) 952-2168 (TEL)
(818) 952-2186 (FAX)

Attorneys for Plaintiff,

ORIGINAL FILED

08 JAN 28 PM 3:43

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DI...... S J

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE F. TICZON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES,<br><br>　　　　Defendants. | CASE NO: C08-00676 RMW<br><br>NOTICE OF INTERESTED PARTIES |

The undersigned, counsel of record for Plaintiff Willie F. Ticzon certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

1

1 | The following is a list of the names of all such parties with their connection and
2 | interest herein:
3 |     1.    Willie F. Ticzon
4 |     2.    Northwest Airlines, Inc.
5 |     3.    Northwest Airlines Pension Plan for Contract Employees.

DATED: January 24, 2008

KANTOR & KANTOR, LLP

BY _____
Lisa S. Kantor
Attorney for Plaintiff Willie F. Ticzon