Karen E. Wentzel (SBN 112179)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
(650) 857-1717 : phone
(650) 857-1288 : fax
Email:  efilingPA@dorsey.com
        wentzel.karen@dorsey.com

Attorneys for Defendant
NORTHWEST AIRLINES PENSION
PLAN FOR CONTRACT EMPLOYEES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WILLIE F. TICZON,<br><br>               Plaintiff,<br><br>v.<br><br>NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES,<br><br>               Defendants. | CASE NO.: **C 08-00676 RMW**<br><br>**STIPULATION TO EXTEND DATE TO FILE ANSWER** |

It is hereby stipulated by and between plaintiff WILLIE F. TICZON and defendant NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES that the time for Defendant NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES to answer or otherwise respond to plaintiff's complaint shall be extended to March 19, 2008.

\\\
\\\
\\\
\\\
\\\
\\\

| | | |
|---|---|---|
| 1 | Dated: March 6, 2008 | DORSEY & WHITNEY LLP |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | KAREN E. WENTZEL<br>Attorneys for Defendant |
| 5 | | NORTHWEST AIRLINES PENSION PLAN FOR<br>CONTRACT EMPLOYEES |
| 6 | Dated: March 6, 2008 | THE LAW OFFICES OF RUSSELL G. PETTI |
| 7 | | |
| 8 | | |
| 9 | | By: _____/s/_____ |
| 10 | | RUSSELL G. PETTI<br>Attorneys for Plaintiff |
| 11 | | WILLIE F. TICZON |

-2-

STIPULATION TO EXTEND DATE
TO FILE ANSWER TO COMPLAINT
CASE NO. C 08-00676 RMW