1  Karen E. Wentzel (SBN 112179)
   DORSEY & WHITNEY LLP
2  1717 Embarcadero Road
   Palo Alto, California 94303
3  (650) 857-1717 : phone
   (650) 857-1288 : fax
4  Email:  efilingPA@dorsey.com
           wentzel.karen@dorsey.com
5
   Attorneys for Defendant
6  NORTHWEST AIRLINES PENSION
   PLAN FOR CONTRACT EMPLOYEES
7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN JOSE DIVISION**

11 | WILLIE F. TICZON, | CASE NO.: **C 08-00676 RMW** |
   |---|---|
12 | Plaintiff, | **STIPULATION TO EXTEND DATE TO FILE ANSWER** |
13 | v. | |
14 | NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES, | |
15 | Defendants. | |

17

18     It is hereby stipulated by and between plaintiff WILLIE F. TICZON and defendant

19 NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES that the time for

20 Defendant NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES to

21 answer or otherwise respond to plaintiff's complaint shall be extended to April 9, 2008.

22 \\\
23 \\\
24 \\\
25 \\\
26 \\\
27 \\\
28

Dated: _____    DORSEY & WHITNEY LLP


By: _____/s/_____
    KAREN E. WENTZEL
    Attorneys for Defendant
    NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES

Dated: _____    THE LAW OFFICES OF RUSSELL G. PETTI


By: _____/s/_____
    RUSSELL G. PETTI
    Attorneys for Plaintiff
    WILLIE F. TICZON