Karen E. Wentzel (SBN 112179)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
(650) 857-1717 : phone
(650) 857-1288 : fax
Email: efilingPA@dorsey.com
         wentzel.karen@dorsey.com

Attorneys for Defendant
NORTHWEST AIRLINES PENSION
PLAN FOR CONTRACT EMPLOYEES

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| WILLIE F. TICZON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES,<br><br>　　　　　　Defendants. | CASE NO.: **C 08-00676 RMW**<br><br>**STIPULATION TO EXTEND DATE TO FILE ANSWER** |

It is hereby stipulated by and between plaintiff WILLIE F. TICZON and defendant NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES that the time for Defendant NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES to answer or otherwise respond to plaintiff's complaint shall be extended to April 23, 2008.

\\\
\\\
\\\
\\\
\\\
\\\
\\\

1 | Dated: _____    DORSEY & WHITNEY LLP

2

3 |                                  By: _____/s/_____
                                          KAREN E. WENTZEL
4                                         Attorneys for Defendant
                                          NORTHWEST AIRLINES PENSION PLAN FOR
5                                         CONTRACT EMPLOYEES

6 | Dated: _____    THE LAW OFFICES OF RUSSELL G. PETTI

7

8

9 |                                  By: _____/s/_____
                                          RUSSELL G. PETTI
10                                        Attorneys for Plaintiff
                                          WILLIE F. TICZON

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-    **STIPULATION TO EXTEND DATE**
       **TO FILE ANSWER TO COMPLAINT**
       **CASE NO. C 08-00676 RMW**