Karen E. Wentzel (SBN 112179)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
(650) 857-1717 : phone
(650) 857-1288 : fax
Email:  efilingPA@dorsey.com
         wentzel.karen@dorsey.com

Attorneys for Defendant
NORTHWEST AIRLINES PENSION
PLAN FOR CONTRACT EMPLOYEES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WILLIE F. TICZON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NORTHWEST AIRLINES PENSION PLAN<br>FOR CONTRACT EMPLOYEES,<br><br>　　　　　　Defendants. | CASE NO.:  **C 08-00676 RMW**<br><br>**STIPULATION TO EXTEND DATE TO FILE ANSWER** |

　　　　WHEREAS the parties are currently discussing alternative dispute resolution procedures and desire to extend the date on which the Defendant must file its answer pending such discussions; and

　　　　WHEREAS this extension will not interfere with any other court-ordered deadlines in this matter;

　　　　It is hereby stipulated by and between plaintiff WILLIE F. TICZON and defendant NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES that the time for Defendant NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES to answer or otherwise respond to plaintiff's complaint shall be extended to May 9, 2008.

\\\

| | | |
|---|---|---|
| 1 | Dated: _____ | DORSEY & WHITNEY LLP |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | KAREN E. WENTZEL<br>Attorneys for Defendant |
| 5 | | NORTHWEST AIRLINES PENSION PLAN FOR<br>CONTRACT EMPLOYEES |
| 6 | Dated: _____ | THE LAW OFFICES OF RUSSELL G. PETTI |
| 7 | | |
| 8 | | |
| 9 | | By: _____/s/_____ |
| 10 | | RUSSELL G. PETTI<br>Attorneys for Plaintiff |
| 11 | | WILLIE F. TICZON |

-2-   **STIPULATION TO EXTEND DATE
TO FILE ANSWER TO COMPLAINT
CASE NO. C 08-00676 RMW**