Karen E. Wentzel (SBN 112179)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
(650) 857-1717 : phone
(650) 857-1288 : fax
Email:  efilingPA@dorsey.com
        wentzel.karen@dorsey.com

Attorneys for Defendant
NORTHWEST AIRLINES PENSION
PLAN FOR CONTRACT EMPLOYEES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WILLIE F. TICZON,<br><br>           Plaintiff,<br><br>     v.<br><br>NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES,<br><br>           Defendants. | CASE NO.:  **C 08-00676 RMW**<br><br>**STIPULATION AND PROPOSED ORDER TO STAY CASE PENDING ALTERNATIVE DISPUTE RESOLUTION** |

   WHEREAS Willie F. Ticzon has filed a complaint against the Northwest Airlines Pension Plan for Contract Employees ("the Plan") seeking disability pension benefits;

   WHEREAS following the filing of the complaint, the Plan and Ticzon engaged in discussions regarding development of a procedure for resolution of this matter outside of the judicial context;

   WHEREAS due to these ongoing discussions, the Plan and Ticzon have stipulated to extend the date on which Northwest's answer or other response would be due;

   WHEREAS the parties are continuing to discuss procedures for resolving this matter, and expect that any such procedure will be agreed upon in the next few weeks;

   WHEREAS the parties have agreed that this matter should be stayed while the parties

attempt to work out a resolution procedure, with either party retaining the right to reopen this matter for further proceedings, and with neither party waiving any rights or defenses;

    THEREFORE WILLIE F. TICZON and defendant NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES hereby stipulate as follows:

    1.    That this matter should be stayed until further notice;

    2.    That the parties will submit a status report, to update the Court on the resolution process on or before June 23, 2008; and

    3.    That upon request by either party, this matter shall be reopened for further proceedings as necessary.

Dated: May 22, 2008    DORSEY & WHITNEY LLP

By:    /s/
    KAREN E. WENTZEL
    Attorneys for Defendant
    NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES

Dated: May 22, 2008    THE LAW OFFICES OF RUSSELL G. PETTI

By:    /s/
    RUSSELL G. PETTI
    Attorneys for Plaintiff
    WILLIE F. TICZON

## ORDER

IT IS SO ORDERED. All current court dates on calendar including the Case Management Conference on May 30, 2008 are hereby vacated.

JUDGE RONALD M. WHYTE