Karen E. Wentzel (SBN 112179)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
(650) 857-1717 : phone
(650) 857-1288 : fax
Email: efilingPA@dorsey.com
wentzel.karen@dorsey.com

Attorneys for Defendant
NORTHWEST AIRLINES PENSION
PLAN FOR CONTRACT EMPLOYEES

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| WILLIE F. TICZON,<br><br>  Plaintiff,<br><br>v.<br><br>NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES,<br><br>  Defendants. | CASE NO.: **C 08-00676 RMW**<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's Order of May 27, 2008, the parties hereto submit the following status report:

Plaintiff Willie F. Ticzon has filed a complaint against the Northwest Airlines Pension Plan for Contract Employees ("the Plan") seeking disability pension benefits. The Court has previously, pursuant to the parties' stipulation, agreed to stay this action while the parties discuss potential alternative procedures for this matter.

Discussions between the parties concerning an alternative dispute resolution process are continuing. The parties have agreed that these alternative procedures will include an independent medical exam by a physician jointly agreed to by the parties. The parties have exchanged names of and are currently reviewing potential IME physicians. Accordingly, the parties request that this

matter should continue to be stayed pending these discussions, with the parties submitting a status report to update the Court on or before July 8, 2008.

\\\

\\\

Dated: June 23, 2008            DORSEY & WHITNEY LLP


By: _____/s/_____
KAREN E. WENTZEL
Attorneys for Defendant
NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES

Dated: June 23, 2008            THE LAW OFFICES OF RUSSELL G. PETTI


By: _____/s/_____
RUSSELL G. PETTI
Attorneys for Plaintiff
WILLIE F. TICZON

Attestation

I hereby attest that I have obtained the concurrence of Russell G. Petti in the filing of this e-filed document and that he has authorized me via e-mail to indicate his signature herein by a "conformed" signature (/s/) on this Joint Status Report.

Dated: June 23, 2008            _____/s/_____
Karen E. Wentzel, SBN 112179
DORSEY & WHITNEY LLP