Karen E. Wentzel (SBN 112179)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
(650) 857-1717 : phone
(650) 857-1288 : fax
Email:  efilingPA@dorsey.com
           wentzel.karen@dorsey.com

Attorneys for Defendant
NORTHWEST AIRLINES PENSION
PLAN FOR CONTRACT EMPLOYEES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WILLIE F. TICZON,<br><br>            Plaintiff,<br><br>    v.<br><br>NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES,<br><br>            Defendants. | CASE NO.:  **C 08-00676 RMW**<br><br>**STATUS REPORT TO THE COURT REGARDING ALTERNATIVE DISPUTE RESOLUTION** |

WHEREAS Willie F. Ticzon has filed a complaint against the Northwest Airlines Pension Plan for Contract Employees ("the Plan") seeking disability pension benefits;

WHEREAS the Court has previously, pursuant to the parties' stipulation, agreed to stay this action while the parties discuss potential alternative procedures for this matter;

WHEREAS these alternative procedures would include an independent medical exam by a physician jointly agreed to by the parties;

WHEREAS Defendant has provided a list of potential IME physicians for review and agreement by the Plaintiff, which Defendant understands Plaintiff is still currently reviewing;

WHEREAS, Plaintiff's counsel was unavailable to join in this joint status report,

ACCORDINGLY Defendant hereby notifies the court that discussions about alternative dispute resolution procedures are continuing, and that the parties will update the court through a

joint status report on or before July 18, 2008 (one week before the July 25, 2008 case management conference ordered by the Court).

Dated: July 8, 2008

DORSEY & WHITNEY LLP

By: _____/s/_____
KAREN E. WENTZEL
Attorneys for Defendant
NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES