```
1  KAREN E. WENTZEL SBN (SBN 112179)
   DORSEY & WHITNEY LLP
2  1717 Embarcadero Road
   Palo Alto, CA 94303
3  Telephone: (650) 857-1717
   Facsimile: (650) 857-1288
4  E-Mail:    efilingPA@dorsey.com
              wentzel.karen@dorsey.com
5
6  Attorneys for Defendant
   NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT
7  EMPLOYEES
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| WILLIE F. TIZCON, | **CASE NO. C 08-00676 RMW** |
|---|---|
| Plaintiff, | **REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES, | **Date:** July 25, 2008<br>**Time:** 10:30 a.m.<br>**Dept.:** Courtroom 4, Sixth Floor |
| Defendant. | **Judge:** Ronald M. Whyte |

Defendant NORTHWEST AIRLINE PENSION PLAN FOR CONTRACT EMPLOYEES and its attorney of record hereby request to appear by telephone at the Case Management Conference scheduled for July 25, 2008 at 10:30 a.m. in Courtroom 4, Sixth Floor, San Jose Division of the Northern District before the Honorable Ronald M. Whyte.

DATED: July 18, 2008                DORSEY & WHITNEY LLP

By: _____/s/_____
    Karen E. Wentzel
    wentzel.karen@dorsey.com
    Attorneys for Defendant
    NORTHWEST AIRLINES PENSION
    PLAN FOR CONTRACT EMPLOYEES