Karen E. Wentzel (SBN 112179)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
(650) 857-1717 : phone
(650) 857-1288 : fax
Email: efilingPA@dorsey.com
       wentzel.karen@dorsey.com

Attorneys for Defendant
NORTHWEST AIRLINES PENSION
PLAN FOR CONTRACT EMPLOYEES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIE F. TICZON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES,<br><br>　　　　　　　Defendants. | CASE NO.: **C 08-00676 RMW**<br><br>**JOINT STATUS REPORT RE ALTERNATIVE DISPUTE RESOLUTION AND PROPOSED ORDER**<br><br>**CASE MANAGEMENT CONFERENCE**<br><br>DATE:　　JULY 25, 2008<br>TIME:　　10:30 A.M.<br>PLACE:　COURTROOM 4, 6TH FLOOR |

　　　　WHEREAS Willie F. Ticzon has filed a complaint against the Northwest Airlines Pension Plan for Contract Employees ("the Plan") seeking disability pension benefits;

　　　　WHEREAS the Court has previously, pursuant to the parties' stipulation, agreed to stay this action while the parties discuss potential alternative procedures for this matter;

　　　　WHEREAS these alternative procedures would include an independent medical exam ("IME") by a physician jointly agreed to by the parties;

　　　　WHEREAS the parties have been working to find a mutually agreeable physician to conduct an IME;

　　　　WHEREAS, Defendant is currently researching a new medical group proposed by Plaintiff, and both parties are hopeful that a mutually agreeable physician can be found for an

IME, which may forestall the need for further proceedings before this Court;

NOW THEREFORE because of the ongoing discussions, the parties request that the Court's previously scheduled July 25, 2008 Case Management Conference be moved to August 29, 2008, at which time the parties expect to have agreed upon a mutually acceptable physician.

Dated: July 18, 2008          DORSEY & WHITNEY LLP


By:_____/s/_____
KAREN E. WENTZEL
Attorneys for Defendant
NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES

Dated: July 18, 2008          LAW OFFICES OF RUSSELL G. PETTI


By:_____/s/_____
RUSSELL G. PETTI
Attorneys for Plaintiff Willie Ticzon

ORDER

Pursuant to the Stipulation of the Parties, it is Hereby Ordered that the Case Management Conference currently set for July 25, 2008 be continued to August 29, 2008 at 10:30 a.m.

IT IS SO ORDERED.

Date: _____

_____
HON. RONALD M. WHYTE, JUDGE

# **NOTICE OF E-FILING**

I hereby certify that on this 18th day of July, 2008, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a notice of electronic filing to the following parties.

/s/ Mildred Schwam

Mildred Schwam