Karen E. Wentzel (SBN 112179)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
(650) 857-1717 : phone
(650) 857-1288 : fax
Email: efilingPA@dorsey.com
          wentzel.karen@dorsey.com

Attorneys for Defendant
NORTHWEST AIRLINES PENSION
PLAN FOR CONTRACT EMPLOYEES

*E-FILED - 7/22/08*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| WILLIE F. TICZON,<br><br>                   Plaintiff,<br><br>v.<br><br>NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES,<br><br>                   Defendants. | CASE NO.: **C 08-00676 RMW**<br><br>**JOINT STATUS REPORT RE ALTERNATIVE DISPUTE RESOLUTION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>DATE:    JULY 25, 2008<br>TIME:    10:30 A.M.<br>PLACE:  COURTROOM 4, 6TH FLOOR |

WHEREAS Willie F. Ticzon has filed a complaint against the Northwest Airlines Pension Plan for Contract Employees ("the Plan") seeking disability pension benefits;

WHEREAS the Court has previously, pursuant to the parties' stipulation, agreed to stay this action while the parties discuss potential alternative procedures for this matter;

WHEREAS these alternative procedures would include an independent medical exam ("IME") by a physician jointly agreed to by the parties;

WHEREAS the parties have been working to find a mutually agreeable physician to conduct an IME;

WHEREAS, Defendant is currently researching a new medical group proposed by Plaintiff, and both parties are hopeful that a mutually agreeable physician can be found for an

1  IME, which may forestall the need for further proceedings before this Court;

2      NOW THEREFORE because of the ongoing discussions, the parties request that the

3  Court's previously scheduled July 25, 2008 Case Management Conference be moved to

4  ~~August 29, 2008~~, at which time the parties expect to have agreed upon a mutually acceptable
   September 5, 2008

5  physician.

6  Dated: July 18, 2008              DORSEY & WHITNEY LLP

7

8                                     By:_____/s/_____
                                         KAREN E. WENTZEL
9                                        Attorneys for Defendant
                                         NORTHWEST AIRLINES PENSION PLAN FOR
10                                       CONTRACT EMPLOYEES

11
   Dated: July 18, 2008              LAW OFFICES OF RUSSELL G. PETTI
12

13

14                                    By:_____/s/_____
                                         RUSSELL G. PETTI
                                         Attorneys for Plaintiff Willie Ticzon
15

16                                    ORDER

17      Pursuant to the Stipulation of the Parties, it is Hereby Ordered that the Case Management

18  Conference currently set for July 25, 2008 be continued to ~~August 29, 2008~~ at 10:30 a.m.  (rmw)
                                                              September 5, 2008

19      IT IS SO ORDERED.

20  Date: ____7/22/08_____

21

22                                    ___*Ronald M. Whyte*___
                                      HON. RONALD M. WHYTE, JUDGE

23

24

25

26

27

28

# **NOTICE OF E-FILING**

I hereby certify that on this 18th day of July, 2008, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a notice of electronic filing to the following parties.

/s/ Mildred Schwam

_____
Mildred Schwam