Clerk's Use Only

Initial for fee pd:
_____

STEPHEN P. LUCKE
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
E-Mail: lucke.stephen@dorsey.com
Attorney for Defendant
Northwest Airlines Pension Plan for Contract Employees

FILED
08 JUL 22 PM 2: 37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

FOR THE DISTRICT

Willie F. Ticzon,

    Plaintiff,

v.

Northwest Airlines Pension Plan
for Contract Employees,

    Defendant.

CASE NO. C 08-00676 RMW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Stephen P. Lucke, an active member in good standing of the bars of Minnesota and Wisconsin, and he is admitted to practice before the U.S. District Court for the Districts of Minnesota, Eastern District of Wisconsin, Western District of Wisconsin, and District of Colorado, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Northwest Airlines Pension Plan for Contract Employees in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is

APPLICATION FOR PRO HAC VICE
CASE NO. C 08-00676 RMW

1

2 KAREN E. WENTZEL SBN (SBN 112179)
DORSEY & WHITNEY LLP
3 1717 Ambarcadero Road
Palo Alto, CA 94303
4 Telephone: (650) 857-1717
Facsimile: (650) 857-1288
5 E-Mail: wentzel.karen@dorsey.com

6     I declare under penalty of perjury that the foregoing is true and correct.

7 DATED: July 18, 2008                     DORSEY & WHITNEY LLP

8

9                                             By: [signature]

10                                             Attorneys for Defendant
Northwest Airlines Pension Plan for
11                                             Contract Employees

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

APPLICATION FOR PRO HAC VICE
CASE NO. C 08-00676 RMW