Clerk's Use Only
Initial for fee pd:

ANDREW HOLLY
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
E-Mail: holly.andrew@dorsey.com

FILED
08 JUL 22 PM 2:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorney for Defendant
Northwest Airlines Pension Plan for Contract Employees

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

FOR THE DISTRICT

| Willie F. Ticzon, | CASE NO. C 08-00676 RMW |
|---|---|
| Plaintiff, | APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| Northwest Airlines Pension Plan for Contract Employees, | |
| Defendant. | |

Pursuant to Civil L.R. 11-3, Andrew Holly, an active member in good standing of the bar of Minnesota, and he is admitted to practice before the U.S. District Court for the District of Minnesota, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Northwest Airlines Pension Plan for Contract Employees in the above-entitled action.

In support of this application, I certify on oath that:

1.   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.   An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-

APPLICATION FOR PRO HAC VICE
CASE NO. C 08-00676 RMW

1  entitled action. The name, address and telephone number of that attorney is

2

3  KAREN E. WENTZEL SBN (SBN 112179)
   DORSEY & WHITNEY LLP
4  1717 Ambarcadero Road
   Palo Alto, CA 94303
5  Telephone: (650) 857-1717
   Facsimile: (650) 857-1288
6  E-Mail: wentzel.karen@dorsey.com

7      I declare under penalty of perjury that the foregoing is true and correct.

8

9  DATED: July 18, 2008                    DORSEY & WHITNEY LLP

10

11                                         By: [signature]

12                                         Attorneys for Defendant
                                           Northwest Airlines Pension Plan for
13                                         Contract Employees

-2-

APPLICATION FOR PRO HAC VICE
CASE NO. C 08-00676 RMW