UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Willie F. Ticzon,

    Plaintiff,

v.

Northwest Airlines Pension Plan for Contract Employees,

    Defendant.

CASE NO. C 08-00676 RMW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Andrew Holly, an active member in good standing of the bar of Minnesota and also the U.S. District Court for the District of Minnesota, whose business address and telephone number is 50 South Sixth Street, Suite 1500, Minneapolis, MN 5402, (612) 340-8830,

Andrew Holly, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Northwest Airlines Pension Plan for Contract Employees.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order 45, Electronic Case Filing.

DATED: July ___, 2008

                                      United States District Court Judge