1   Karen E. Wentzel (SBN 112179)
    DORSEY & WHITNEY LLP
2   1717 Embarcadero Road
    Palo Alto, California 94303
3   (650) 857-1717 : phone
    (650) 857-1288 : fax
4   Email: efilingPA@dorsey.com
           wentzel.karen@dorsey.com
5
    Attorneys for Defendant
6   NORTHWEST AIRLINES PENSION
    PLAN FOR CONTRACT EMPLOYEES
7

8   UNITED STATES DISTRICT COURT

9   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

11  | WILLIE F. TICZON, | CASE NO.: **C 08-00676 RMW** |
    |---|---|
12  | Plaintiff, | |
13  | v. | **JOINT STATUS REPORT RE ALTERNATIVE DISPUTE RESOLUTION AND PROPOSED ORDER** |
14  | NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES, | **CASE MANAGEMENT CONFERENCE** |
15  | Defendants. | DATE: SEPTEMBER 4, 2008 |
16  | | TIME: 10:30 A.M. |
    | | PLACE: COURTROOM 4, 6TH FLOOR |
17

18      WHEREAS Willie F. Ticzon has filed a complaint against the Northwest Airlines Pension

19  Plan for Contract Employees ("the Plan") seeking disability pension benefits;

20      WHEREAS the Court has previously, pursuant to the parties' stipulation, agreed to stay

21  this action while the parties discuss potential alternative procedures for this matter;

22      WHEREAS these alternative procedures would include an independent medical exam

23  ("IME") by a physician jointly agreed to by the parties;

24      WHEREAS the parties have been working to find a mutually agreeable physician to

25  conduct an IME;

26      WHEREAS, Defendant is continuing to research a new medical group proposed by

27  Plaintiff, and both parties are hopeful that a mutually agreeable physician can be found for an

28

1   IME, which may forestall the need for further proceedings before this Court;

2       WHEREAS counsel for Northwest contacted the Court's clerk earlier today (Sept. 4, 2008)

3   and represented that the parties would be amenable to another short (three-week) stay (and

4   accompanying extension of the Case Management Conference) pending this review, which the

5   Court's clerk indicated would be acceptable.

6       NOW THEREFORE because of the ongoing discussions, the parties request that the

7   Court's previously scheduled September 5, 2008 Case Management Conference be moved to

8   September 26, 2008, at which time the parties expect to have agreed upon a mutually acceptable

9   physician.

10  Dated: September 4, 2008           DORSEY & WHITNEY LLP

12                                     By:_____/s/_____
                                       KAREN E. WENTZEL
13                                     Attorneys for Defendant
                                       NORTHWEST AIRLINES PENSION PLAN FOR
14                                     CONTRACT EMPLOYEES

15  Dated: September 4, 2008           LAW OFFICES OF RUSSELL G. PETTI
16

17
                                       By:_____/s/_____
18                                     RUSSELL G. PETTI
                                       Attorneys for Plaintiff Willie Ticzon
19

20                                        ORDER

21      Pursuant to the Stipulation of the Parties, it is Hereby Ordered that the Case Management

22  Conference currently set for September 5, 2008 be continued to September 26, 2008 at 10:30 a.m.

23      IT IS SO ORDERED.

24  Date: _____

26                                     _____
                                       HON. RONALD M. WHYTE, JUDGE

**NOTICE OF E-FILING**

      I hereby certify that on this 4th day of September, 2008, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a notice of electronic filing to the following parties.

      /s/ Mildred Schwam
      Mildred Schwam