Karen E. Wentzel (SBN 112179)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
(650) 857-1717 : phone
(650) 857-1288 : fax
Email: efilingPA@dorsey.com
      wentzel.karen@dorsey.com

*E-FILED - 9/4/08*

Attorneys for Defendant
NORTHWEST AIRLINES PENSION
PLAN FOR CONTRACT EMPLOYEES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WILLIE F. TICZON,<br><br>      Plaintiff,<br><br>v.<br><br>NORTHWEST AIRLINES PENSION PLAN FOR CONTRACT EMPLOYEES,<br><br>      Defendants. | CASE NO.: C 08-00676 RMW<br><br>**JOINT STATUS REPORT RE ALTERNATIVE DISPUTE RESOLUTION AND PROPOSED ORDER**<br><br>**CASE MANAGEMENT CONFERENCE**<br><br>**DATE:     SEPTEMBER 4, 2008**<br>**TIME:     10:30 A.M.**<br>**PLACE: COURTROOM 4, 6TH FLOOR** |

     WHEREAS Willie F. Ticzon has filed a complaint against the Northwest Airlines Pension Plan for Contract Employees ("the Plan") seeking disability pension benefits;

     WHEREAS the Court has previously, pursuant to the parties' stipulation, agreed to stay this action while the parties discuss potential alternative procedures for this matter;

     WHEREAS these alternative procedures would include an independent medical exam ("IME") by a physician jointly agreed to by the parties;

     WHEREAS the parties have been working to find a mutually agreeable physician to conduct an IME;

     WHEREAS, Defendant is continuing to research a new medical group proposed by Plaintiff, and both parties are hopeful that a mutually agreeable physician can be found for an

1   IME, which may forestall the need for further proceedings before this Court;

2        WHEREAS counsel for Northwest contacted the Court's clerk earlier today (Sept. 4, 2008)

3   and represented that the parties would be amenable to another short (three-week) stay (and

4   accompanying extension of the Case Management Conference) pending this review, which the

5   Court's clerk indicated would be acceptable.

6        NOW THEREFORE because of the ongoing discussions, the parties request that the

7   Court's previously scheduled September 5, 2008 Case Management Conference be moved to

8   September 26, 2008, at which time the parties expect to have agreed upon a mutually acceptable

9   physician.

10  Dated: September 4, 2008            DORSEY & WHITNEY LLP

11

12                                      By:_____/s/_____
                                            KAREN E. WENTZEL
13                                          Attorneys for Defendant
                                            NORTHWEST AIRLINES PENSION PLAN FOR
14                                          CONTRACT EMPLOYEES

15
    Dated: September 4, 2008            LAW OFFICES OF RUSSELL G. PETTI
16

17
                                        By:_____/s/_____
18                                          RUSSELL G. PETTI
                                            Attorneys for Plaintiff Willie Ticzon
19

20                                          ORDER

21        Pursuant to the Stipulation of the Parties, it is Hereby Ordered that the Case Management

22  Conference currently set for September 5, 2008 be continued to September 26, 2008 at 10:30 a.m.

23        IT IS SO ORDERED.

24  Date: _____9/4/08_____

25
                                        _____
26                                          HON. RONALD M. WHYTE, JUDGE

27

28

1

## NOTICE OF E-FILING

2

3

4        I hereby certify that on this 4th day of September, 2008, I electronically transmitted the attached

5    document to the Clerk of the Court using the ECF System for filing and transmittal of a notice of

6    electronic filing to the following parties.

7

8

9            /s/ Mildred Schwam

10              Mildred Schwam

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28